UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ISMAEL ESPUDO,  ) | |
| ) | |
| Petitioner,  ) | |
| ) | CIVIL ACTION NO. |
| VS.  ) | |
| ) | 3:06-CV-0332-G |
| DAN JOSLIN, WARDEN,  ) | |
| ) | **ECF** |
| Respondent.  ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

It is further **ORDERED** that petitioner's motions for emergency hearing and for issuance of subpoena duces tecum, filed on February 10, 2006, are **DENIED** as moot.

April 4, 2006.

_____
A. JOE FISH
CHIEF JUDGE